No. 68376.—Best Trading, Ltd., and American Customs Brokerage Co. et al. *v.* United States, protests 59/31722, etc. (Honolulu).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Mini Bachi stoves similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.

MARCH 25, 1964

No. 68377.—George E. Athans Co., Inc. *v.* United States, protest 62/13325.— ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Plaintiff's application for rehearing denied.

No. 68378.—Organon, Inc. *v.* United States, protest 62/17683. Protest abandoned February 10, 1964. (Not published.) (Initial No. 62/10731.) Plaintiff's application for rehearing granted.

MARCH 23, 1964

No. 68379.—APPEAL 5132.—United States *v.* Ford Motor Company.— ▮▮▮

Abstract 67136 affirmed December 12, 1963. C.A.D. 831.

No. 68380.—APPEAL 5137.—United States *v.* Lodge Spark Plug Co.— ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮—C.D. 2379. Appeal dismissed January 17, 1964.

MARCH 24, 1964

No. 68381.—APPEAL 5136.—Kaplan Products & Textiles, Inc. *v.* United States.— ▮▮▮▮▮▮▮▮▮▮▮▮—C.D. 2376 affirmed December 12, 1963. C.A.D. 828.